# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALBERT YERKE, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 16-06512 |
| AETNA, | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 19th day of May, upon consideration of Defendant Aetna's motion to dismiss (ECF No. 4), and Plaintiff Yerke's response (ECF No. 8), it is hereby **ORDERED** that:

1. Aetna's motion (ECF No. 4) is **GRANTED**;

2. Yerke's claims are **DISMISSED without prejudice**;

3. Yerke may file an amended complaint asserting federal claims pursuant to ERISA Section 502(a) on or before June 16, 2017.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.