IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALBERT YERKE, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 16-06512 |
| AETNA, | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 31st day of October 2017, it is **ORDERED** that the above-captioned case is **DISMISSED with prejudice**. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.